UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1024 (PAM/JGL)

BRIAN ARTHUR HILL,

Plaintiff,

v.

**PRETRIAL ORDER**

PATRICK SCOTT, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three to four days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to November 1, 2001;

3. Plaintiff shall disclose all expert witnesses, including reports, by February 1, 2002; Defendants shall disclose all expert witnesses, including reports, by March 1, 2002;

4. The period during which the parties may seek discovery shall be completed by April 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to April 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to June 1, 2002; and

7. This case will be considered "ready for trial" as of September 1, 2002.

DATED: August 13, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

AUG 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK