UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRIAN ARTHUR HILL,

Plaintiff,

vs.

PATRICK SCOTT, individually and in his professional capacity as a St. Paul Police Officer;

CATHERINE PAVLAK, individually and in her professional capacity as a St. Paul Police Officer;

MARK PIERCE, individually and in his professional capacity as a St. Paul Police Officer;

MICHAEL RASMUSSEN, individually and in his professional capacity as a St. Paul Police Officer;

JEROME STEFFEN, individually and in his professional capacity as a St. Paul Police Officer; and

CITY OF ST. PAUL.

Defendants.

**ORDER AMENDING PRETRIAL SCHEDULING ORDER**

Case No. 01-1024 PAM/JGL

**IT IS HEREBY ORDERED:**

The Pretrial Scheduling Order in this case is amended as follows:

1. Estimated length of trial is three to four days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to November 1, 2001;

3. Plaintiff shall disclose all expert witnesses, including reports, by March 15, 2002;

FEB 14 2002
FILED RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Defendants shall disclose all expert witnesses, including reports, by April 15, 2002;

4. The period during which the parties may seek discovery shall be completed by May 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to May 1, 2002;

6. Until further notice, all dispositive motions must be notice, served and filed, in accordance with the local rules, prior to July 1, 2002;

Dated: February 14, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge