# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brian Arthur Hill

v.

Patrick Scott, Catherine Pavlak, Mark Pierce, Michael Rasmussen, Jerome Steffen, all individually and in their professional capacities and St. Paul police officers and the City of St. Paul

Case No. Civil 01-1024 PAM/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that: Defendant's motion for summary judgment is GRANTED.

DATE: August 19, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery , Deputy Clerk

36