# UNI, ED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-3220

| | | |
|---|---|---|
| Brian Arthur Hill,<br><br>Appellant,<br><br>v.<br><br>Patrick Scott; Catherine Pavlak; Mark Pierce; Michael Rasmussen; Jerome Steffen, all individually and in their professional capacities as St. Paul police officers; City of St. Paul,<br><br>Appellees. | * | Appeal from the United States District Court for the District of Minnesota |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

November 14, 2003

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

12-8-03